Clyde McGRIFF, Appellant

v.

### DEPARTMENT OF CORRECTIONS, and Gateway Braddock Community Corrections Center, Appellees.

Supreme Court of Pennsylvania.

June 9, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of June, 2014, the above-captioned appeal is quashed for failure to file a brief.